UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY SHORTS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CHRISTIAN PFEIFFER,<br><br>　　　　　Defendant. | Case No. 1:21-cv-00638-EPG (PC)<br><br>ORDER DIRECTING CLERK TO SERVE A COPY OF THIS ORDER AND PLAINTIFF'S MOTION RE: LIVING CONDITIONS (ECF NO. 11) ON SENIOR ASSISTANT ATTORNEY GENERAL MONICA ANDERSON AND THE WARDEN OF HIGH DESERT STATE PRISON |

　　　　Terry Shorts ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　　　On May 7, 2021, Plaintiff filed a motion regarding his living conditions. (ECF No. 11). In the motion, Plaintiff alleges his life is in danger. According to Plaintiff he was recently moved to High Desert State Prison. In 2016, an investigation revealed that a hit was placed on Plaintiff at High Desert State Prison, and Plaintiff was transferred. Plaintiff alleges that now that he is back, he is "amongst those prisoners from 2016…." (Id. at 1).

　　　　Given that the Court has found that Plaintiff's complaint failed to state any cognizable claims (ECF No. 10), the Court will not require a response at this time. However, as a courtesy, the Court will forward a copy of this order and a copy of Plaintiff's motion to the Warden of High Desert State Prison.

\\\

\\\

1

Accordingly, IT IS ORDERED that the Clerk of Court is directed to serve Senior Assistant Attorney General Monica Anderson and the Warden of High Desert State Prison with a copy of this order and Plaintiff's motion (ECF No. 11).

IT IS SO ORDERED.

Dated: **May 10, 2021**

/s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE