UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY SHORTS, | No. 1:21-cv-00638-DAD-EPG (PC) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION |
| CHRISTIAN PFEIFFER, | |
| Defendant. | (Doc. No. 20) |

Plaintiff Terry Shorts is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 14, 2021, the assigned magistrate judge screened plaintiff's Second Amended Complaint and entered findings and recommendations, recommending that this action be dismissed due to plaintiff's failure to state a claim. The pending findings and recommendations were served on petitioner and contained notice that any objections were to be filed within twenty-one (21) days of the date of service of the findings and recommendations. On July 12, 2021, petitioner's objections were docketed. (Doc. No. 21.)

In the objections, petitioner expresses numerous, unsupported disagreements with the members of the federal judiciary presiding over this case and the conditions he alleges he is

1

facing at the jail where he is incarcerated. (Doc. No. 21.) However, plaintiff's objections present no arguments nor provide any basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including plaintiff's objections, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on June 14, 2021 (Doc. No. 20) are adopted in full;
2. This action is dismissed due to plaintiff's failure to state a cognizable claim;
3. All pending motions (Doc. Nos. 5, 11, 15, 22) are denied as having been rendered moot; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **September 7, 2021**

UNITED STATES DISTRICT JUDGE